# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION
## JUDGMENT IN A CIVIL CASE

MICHAEL WAYNE SUMMERS, )
)
       Plaintiff, )
)
vs. ) No. 03-4278-CV-C-SOW
)
DAVE DORMIRE, )
)
       Defendant. )

_____**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

\_\_\_**X**\_\_\_ **Decision by Court.** This action has come before the Court as a briefed matter and a decision has been rendered.

    ORDERED that petitioner Michael Wayne Summers's First Amended Petition for Writ of Habeas Corpus (Doc. #5) is denied. It is further

    ORDERED that the Clerk of the Court shall enter final judgment at this time.

September 21, 2005       P. J. Brune
Date                       Clerk
                              /s/ K. McIlvain
                              Deputy Clerk